REBECCA FRIEDMAN et al., Respondents, *v.* LOUIS BARON et al., Appellants.

(Argued January 15, 1929; decided February 13, 1929.)

*Samuel Dickstein, L. Loyd Brown* and *Alexander H. Mandeltort* for appellants.

*Stewart Engel* for Rebecca Friedman et al., respondents.

*Charles H. Kelby* for Mary L. McElroy et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN and KELLOGG, JJ. Dissenting: CARDOZO, Ch. J., O'BRIEN and HUBBS, JJ.